NO.
12-07-00456-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

GUMECINDO SILVA,         §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of assault causing bodily injury (family
violence), a second degree felony.  The
trial court assessed punishment at imprisonment for ten years and a five thousand
dollar fine.  We have received the trial
court’s certification, which was signed by Appellant, his counsel, and the
trial court.  See Tex. R. App. P. 25.2(d).  The certification states that Appellant has
waived the right to appeal.  Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion delivered January 9,
2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

(DO NOT PUBLISH)